# PITTSBURG, CINCINNATI, CHICAGO & ST. LOUIS RAILWAY COMPANY *v.* LIGHTHEISER.

## SAME *v.* COLLINS.

## SAME *v.* ROSS.

### WRITS OF ERROR TO THE SUPREME COURT OF INDIANA.

Nos. 141, 142, 178.　Motions to dismiss or affirm, and for damages.—Submitted November 30, 1908.—Decided December 7, 1908.

Writs of error to review judgments of Supreme Court of State of Indiana, 168 Indiana, 438, 467, and 80 N. E. Rep. 845, in suits involving the constitutionality of the Employers' Liability Act of that State dismissed for want of jurisdiction without opinion. *Tullis* v. *Lake Erie & Western R. R. Co.*, 175 U. S. 348, followed.

*Mr. Stewart T. McConnell, Mr. Albert G. Jenkines, Mr. Bertram C. Jenkines* and *Mr. Charles H. Stuart* for defendants in error in support of the motions.

*Mr. Allen Zollars* and *Mr. George E. Ross* for plaintiff in error in opposition to the motions.

*Per Curiam:* Writs of error severally dismissed for want of jurisdiction. *Tullis* v. *Lake Erie & Western R. R. Co.*, 175 U. S. 348, and cases cited; *Pittsburg &c. Ry. Co.* v. *Lightheiser*, 168 Indiana, 438; *Same* v. *Collins*, 168 Indiana, 467; and *Same* v. *Ross*, 80 N. E. Rep. 845.